1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERROD LONZELL HERNDON,

        Plaintiff,

        v.

NINTH CIRCUIT COURT OF APPEAL, et al.,

        Defendants.

Case No.  14-cv-03973-HSG (PR)

**JUDGMENT**

As set forth in the Order of Dismissal, this action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 20, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge